Nicole Owens
INTERIM FEDERAL PUBLIC DEFENDER
Thad Blank
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
CHARLES GEORGE LINDSAY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)

| UNITED STATES OF AMERICA, | ) | 1:21-cr-00274-DCN |
|---|---|---|
| Plaintiff, | ) ) ) | Affidavit In Support Of Unopposed Motion To Continue Trial |
| vs. | ) ) | Readiness Conference and Trial |
| CHARLES GEORGE LINDSAY, | ) ) | |
| Defendant. | ) ) | |

Thad Blank, being first duly sworn upon oath, deposes and says:

1.     I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

AFFIDAVIT IN SUPPORT OF     -1-
MOTION TO CONTINUE TRIAL

2. That our office has been appointed by the Court to represent Charles George Lindsay in this matter and trial is currently set for December 20, 2021.

3. To date, the Government has been providing discovery in a timely fashion, pursuant to the Court's Procedural Order. However, additional time is needed to complete an independent defense investigation. A continuance is therefore necessary to ensure that Charles George Lindsay receives thorough and effective assistance of counsel.

4. In connection with this request, I contacted counsel for the government Special Assistant United States Attorney, Erin Blackadar, who advised that the government has no objection to the request for a continuance.

5. I certify that this motion is brought in good faith and not for any purpose of improper delay. I believe additional time is necessary to ensure that Mr. Lindsay receives thorough and effective assistance of counsel. This is Mr. Lindsay's first request for a continuance. Mr. Lindsay understands his rights under the Speedy Trial Act, and he waives the same with respect to any continuance granted by this Court in response to this motion. Furthermore, Mr. Lindsay understands that any continuance granted will constitute excludable time under the Speedy Trial Act.

Accordingly, Mr. Lindsay respectfully requests the Court to continue his trial readiness conference and trial for no less than ninety (90) days. Also, Mr. Lindsay requests the Court to set a new deadline for the filing of any pretrial motions, should the defense investigation reveal information warranting the same.

Dated: December 6, 2021　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　NICOLE OWENS
　　　　　　　　　　　　　　　　　INTERIM FEDERAL PUBLIC
　　　　　　　　　　　　　　　　　DEFENDER
　　　　　　　　　　　　　　　　　By:


　　　　　　　　　　　　　　　　　/s/ Thad Blank
　　　　　　　　　　　　　　　　　Thad Blank
　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　Federal Defender Services of Idaho
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　CHARLES GEORGE LINDSAY